UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONG USA, LLC, a Virginia Limited
Liability Company, and
DANA CANADA CORPORATION,
a Nova Scotia, Canada Corporation,

    Plaintiffs/Counter-Defendants,    Case No. 04-72195

v.

    Hon. Patrick J. Duggan

AZTEC INDUSTRIES, LLC, a Michigan
Limited Liability Company, GARY JABLONSKI,
an individual, and LANCE JENKINS, an individual,

    Defendants,

and

DOUGLAS BECK, an individual,
WILLIAM BRIERLEY, an individual, and
JEFF HOGAN, an individual,

    Defendants/Counter-Plaintiffs.
_____/

| | |
|---|---|
| Thomas G. Cardelli (P31728) | James E. Romzek (P37929) |
| Cardelli, Hebert & Lanfear, P.C. | Michael G. Brady (P57331) |
| Attorneys for Plaintiffs | Warner Norcross & Judd LLP |
| 322 W. Lincoln | Attorneys for Defendants |
| Royal Oak, MI 48067 | 2000 Town Center, #2700 |
| (248) 544-1100 | Southfield, MI 48075 |
| | (248) 784-5000 |
| Michael D. Wexler (Admission Pending) | |
| Michael R. Levinson | |
| Seyfarth Shaw | |
| 55 East Monroe Street, #4200 | |
| Chicago, IL 60603 | |
| (312) 346-8000 | |

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS
OR ATTORNEY FEES**

At a session of said Court held in Detroit, MI, this 16th,
day of August , 2005.

**PRESENT:** PATRICK J. DUGGAN

United States District Judge

Plaintiffs and Defendants William Brierley and Jeff Hogan, through their respective counsel, in accordance with a Settlement Agreement entered into between the parties, have stipulated and agreed to the dismissal of the Complaint and Counterclaim filed in the above captioned action with prejudice and without costs or attorney fees, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiffs' Complaint filed in the above captioned action against William Brierley and Jeff Hogan shall be and is dismissed with prejudice, and without costs or attorney fees awarded to either Plaintiffs or Defendants Hogan and Brierley.

IT IS HEREBY FURTHER ORDERED that the Counterclaim filed in the above captioned action by William Brierley and Jeff Hogan shall be and is dismissed with prejudice, and without costs or attorney fees awarded to either Plaintiffs or Defendants Hogan and Brierley.

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction of this matter and these parties only to enforce the terms of the parties' Settlement Agreement.

Dated: August 16, 2005

                                                s/ Patrick J. Duggan
                                                United States District Judge

Approved as to form and substance and
notice of entry waived:


| | |
|---|---|
| /s/ Thomas G. Cardelli (w/consent) | /s/ Michael G. Brady |
| Thomas G. Cardelli (P31728) | James E. Romzek (P37929) |
| Cardelli, Hebert & Lanfear, P.C. | Michael G. Brady (P57331) |
| Attorneys for Plaintiffs | Warner Norcross & Judd LLP |
| 322 W. Lincoln | Attorneys for Defendants |
| Royal Oak, MI 48067 | 2000 Town Center, #2700 |
| (248) 544-1100 | Southfield, MI 48075 |
| | (248) 784-5000 |

Michael D. Wexler (Admission Pending)
Michael R. Levinson
Seyfarth Shaw
55 East Monroe Street, #4200
Chicago, IL 60603
(312) 346-8000